**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| THE RAISIN BARGAINING ASSOCIATION, a nonprofit California cooperative association; GLEN S. GOTO, an individual; MONTE SCHUTZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; and Does 1-30, inclusive,<br><br>Defendants. | Case No. 1:10-CV-00370-OWW-DLB<br><br>**ORDER ON DEFENDANT HARTFORD CASUALTY INSURANCE'S MOTION TO DISMISS (FRCP 12(b)(6))** |

Order

1   Defendant Hartford Casualty Insurance Company's Motion to Dismiss the
2   Complaint (FRCP 12(b)(6)) came on regularly for hearing in the above-entitled Court
3   before the Honorable Oliver W. Wanger on May 17, 2010.  Plaintiffs The Raisin
4   Bargaining Association, Glen S. Goto, and Monte Schutz were represented by Wiley R.
5   Driskill of the Law Firm of Campagne & Campagne.  Defendant Hartford Casualty
6   Insurance Company was represented by Ann Johnson of Berger Kahn.
7   The Court, having considered the pleadings, evidence, documents, papers
8   and memoranda of points and authorities submitted by the parties, the matter having been
9   argued and submitted, and good cause appearing therefore,
10  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT
11  Defendant Hartford Casualty Insurance Company's Motion to Dismiss is GRANTED in
12  part and DENIED in part as follows:
13  1.   Plaintiffs' breach of contract claim and claim for declaratory relief
14  are dismissed, without prejudice;
15  2.   Plaintiffs' claim for breach of the implied covenant of good faith and
16  fair dealing is dismissed, with prejudice;
17  3.   Plaintiffs' claim for tortuous breacho f the implied covenant of good
18  faith and faith dealing is dismissed, without prejudice;
19  4.   Plaintiffs' claim for the waiver/estoppel dismissed, with prejudice;
20  5.   Plaintiffs' quasi-contract claim is dismissed, without prejudice
21  6.   Plaintiffs' quantum meruit claim is dismissed, without prejudice
22  7.   Plaintiffs' claim for negligence is dismissed, with prejudice;
23  8.   Plaintiffs' statutory claims are dismissed, with prejudice;
24  9.   Plaintiffs' claim for breach of oral contract is dismissed without
25  prejudice;
26  10.  Plaintiffs' claim for reformation is dismissed, with prejudice; and
27
28

1  11. Plaintiffs shall file an Amended Complaint within fifteen (15) days of
2  the filing of this order. Defendant shall file a response to the Amended Complaint within
3  fifteen (15) days of receipt of the Amended Complaint.
4
5
6  IT IS SO ORDERED.
7
8  Dated: **June 2, 2010**             **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

Order                                                                        Page 2