Mary F. Lerner, # 235951
Campagne, Campagne & Lerner
A Professional Corporation
Fresno Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone: (559) 255-1637
Facsimile: (559) 252-9617

Attorneys for Plaintiff The Raisin Bargaining Association,
Glen S. Goto, and Monte Schutz

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
AT FRESNO**

| | |
|---|---|
| THE RAISIN BARGAINING ASSOCIATION, a nonprofit California cooperative association; GLEN S. GOTO, an individual; MONTE SCHUTZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; and Does 1-30, inclusive, | Case No. 1:10-CV-00370-OWW-DLB<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)(1)]**<br><br>**AND**<br><br>**ORDER** |

Campagne, Campagne & Lerner
A Prof. Corp.
Airport Office Center
1685 North Helm Avenue
Fresno, California 93727
Telephone (559) 255-1637
Fax (559) 252-9617

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

1    IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed with prejudice pursuant to FRCP 41(a)(1).

4  Dated: May 25, 2011                Campagne, Campagne & Lerner,
                                      A Professional Corporation
5
                                      By  /s/ Mary F. Lerner
6                                         Mary F. Lerner, Esq.
                                          Attorneys for Plaintiffs Raisin Bargaining
7                                         Association, Glen S. Goto, and Monte Schutz
8

9  Dated: May 25, 2011                BERGER KAHN
10                                    A Law Corporation

11                                    By /s/ Ann K. Johnston
                                          Ann K. Johnston
12                                        Attorney for Defendant
                                          Hartford Casualty Insurance Company
13

14                                    **ORDER**

15    Bases upon the stipulation of the parties, and good cause appearing,

16    IT IS HEREBY ORDERED that the above-captioned action is dismissed
17  with prejudice.

20  IT IS SO ORDERED.

22    Dated:  **May 27, 2011**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                    Page 1